IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>DOUGLAS EDELMAN<br>and<br>DELPHINE LE DAIN,<br><br>                    Defendants. | 1:24-CR-00239 (CKK) |

## STATUS REPORT AS TO
## DEFENDANT DELPHINE LE DAIN

In advance of the upcoming status hearing in this case, the United States of America, by and through undersigned counsel, hereby respectfully provides an update to the Court on the status of Defendant Delphine Le Dain ("Le Dain"). Undersigned counsel states as follows:

1. On May 16, 2024, a federal grand jury returned an indictment charging Le Dain with conspiracy to defraud the United States, in violation of 18 U.S.C. § 371; and tax evasion for years 2006 to 2020, in violation of 26 U.S.C. § 7201. The same indictment charged Le Dain's husband and co-defendant, Douglas Edelman, with the same crimes and others. On May 16, 2024, arrest warrants were issued for Le Dain and Edelman.

2. On July 3, 2024, Edelman was arrested in Ibiza, Spain, where he was living with Le Dain. On July 4, 2024, Le Dain filed papers in Spanish court (and with INTERPOL, an international law enforcement network) confirming that she lived in Spain, acknowledging her awareness of the arrest warrant, and declaring her desire—translated from Spanish to English—to

"cooperate and not evade the action of Justice." The filing described family circumstances necessitating that Le Dain be allowed to self-surrender, rather than being arrested.

3. Based on this filing and at the request of Le Dain's U.S. counsel, the Government agreed to hold the arrest warrant in abeyance while Le Dain made family arrangements. Based on U.S. counsel's representation that Le Dain intended to self-surrender to U.S. authorities, the Government agreed to hold Le Dain's arrest in further abeyance through her date of surrender. The Government expressly conditioned abeyance on Le Dain's agreement to stay in Spain.

4. After entertaining repeated requests for delay of Le Dain's surrender date, the Government set October 23, 2024, as the final date through which arrest could be held in abeyance. Le Dain's U.S. counsel provided the Government with a plane ticket receipt showing Le Dain's anticipated arrival in the United States on October 22, 2024. The Government and U.S. counsel negotiated proposed conditions of release, sought guidance from Pretrial Services about the potential conditions, and planned for Le Dain's surrender to U.S. authorities the morning of October 23, 2024.

5. On October 22, 2024, Le Dain's U.S. counsel informed the Government that they had reason to believe that Le Dain was not on her scheduled flight to the United States. Shortly thereafter, counsel relayed that they no longer represent Le Dain. The Government confirmed that Le Dain was not on her scheduled flight.

6. Subsequently, the Government received information that on or before October 22, 2024, Le Dain fled from Spain to France, where she is a citizen by birth. France does not extradite its nationals under any circumstances.

7.   The Government has information indicating that Le Dain fled to France—and intends to remain there—to avoid being arrested and extradited to face the charges in this criminal case.

8.   The Government continues to make efforts to secure the arrest and appearance of Le Dain, but at this time, it is the Government's position that her lack of appearance should not delay Mr. Edelman's case from proceeding.

        Respectfully submitted,

        STUART M. GOLDBERG
        Acting Deputy Assistant Attorney General



By: _____
     Sarah C. Ranney
     NY Bar No. 5050919
     Assistant Chief
     Department of Justice Tax Division
     150 M Street, N.E., Room 1.109
     Washington, DC 20002
     Sarah.C.Ranney@usdoj.gov

     Nanette L. Davis
     D.C. Bar No. 442136
     Senior Litigation Counsel
     Department of Justice Tax Division
     150 M Street, N.E., Room 1.107
     Washington, D.C. 20002

     Ezra Spiro
     NY Bar No. 5291838
     Department of Justice Tax Division
     150 M Street, N.E., Room 1.108
     Washington, DC 20002

Ezra.K.Spiro@usdoj.gov

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
Joshua A. Gold
TX Bar No. 24103101
Assistant United States Attorney
U.S. Attorney's Office
601 D St NW
Washington, D.C. 20530
Office: 202-815-8965
Joshua.Gold@usdoj.gov