IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br>and<br>DELPHINE LE DAIN,<br><br>                  Defendants. | 1:24-CR-00239 (CKK) |

# [PROPOSED] ORDER PURSUANT TO
# FEDERAL RULE OF CRIMINAL PROCEDURE 15

Based on the application of the Government pursuant to Federal Rule of Criminal Procedure 15, the Court makes the following findings of fact:

1. The Government has made an application to take the pretrial deposition of an individual identified in the Indictment as Co-Conspirator 1, to take place in the United Kingdom;

2. Co-Conspirator 1 is a resident of the United Kingdom, and his testimony could provide substantial proof of a material fact in the prosecution of both defendants in this case;

3. Due to Co-Conspirator 1's serious medical conditions, there is a substantial likelihood that his future attendance at trial cannot be obtained;

4. The same medical conditions prevent Co-Conspirator 1 from traveling to the United States;

5. No reasonable conditions will assure Defendant Edelman's appearance at the future proceedings—including trial and sentencing—if he attends the deposition in person in the United Kingdom;

6. Defendant Le Dain is a fugitive and is, at the time of this Order, refusing to participate in these criminal proceedings, despite having been given repeated notice of the Government's intent to seek a pretrial deposition for Co-Conspirator 1;

In consideration of these facts, and pursuant to Federal Rule of Criminal Procedure 15, it is hereby ORDERED:

1. That the deposition of Co-Conspirator 1 be taken as soon as feasible in the United Kingdom on dates that are agreeable to the Government and Defendant Edelman's counsel;

2. That the deposition occur by two-way video stream, with Defendant Edelman participating from the United States, and Co-Conspirator 1 placed under oath;

3. That [THE COURT] [THE HONORABLE MAGISTRATE JUDGE _____] [will preside over the deposition from a courtroom in the District of Columbia in the presence of Defendant Edelman, his counsel, and an attorney for the Government] [will be available by phone to address objections and disputes between the parties];

4. The Government must pay any reasonable travel and subsistence expenses of Defendant Edelman's attorney to attend the deposition, as well as the costs of the deposition video and transcript.

SO ORDERED this _____ day of _____, 2024.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE